**Electronically Filed
Supreme Court
SCWC-19-0000704
09-OCT-2024
03:14 PM
Dkt. 66 OGAC**

SCWC-19-0000704

IN THE SUPREME OF THE STATE OF HAWAI‘I

———————————————————————————————————

In the Matter of the Application of
PIONEER MILL COMPANY, LIMITED,
to register title and confirm its title to land situate at
Lāhainā, Island and County of Maui, State of Hawai‘i,
and
KAHOMA LAND LLC,
Substituted Applicant as to Lots 1, 2 and 3A

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000704; LD. CT. APP. NO. 439 amended;
LD. CT. CASE NO. 09-0300)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
with Circuit Judge Kawashima, in place of Ginoza, J., recused)

The application for writ of certiorari filed on August 14, 2024, by Petitioner Edward P. Kakalia, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any part may, within ten days and pursuant to Rule 34(c) of the Hawai‘i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai‘i, October 9, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ James S. Kawashima

